UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TODD S. BEHRMANN, M.D.,

    Plaintiff,

v.                                          Case No. 8:09-cv-1073-T-30MAP

NORTHWESTERN MUTUAL LIFE
INSURANCE COMPANY,

    Defendant.
_____/

## **ORDER OF DISMISSAL**

Before the Court is the Stipulation of Dismissal with Prejudice (Dkt. #12). Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1.     This cause is dismissed with prejudice.

2.     All pending motions are denied as moot.

3.     The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on January 13, 2010.

                                                                        JAMES S. MOODY, JR.
                                                                        UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

S:\Odd\2009\09-cv-1073.dismissal 12.wpd